ACCEPTED
03-14-00774-CV
6485609
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/13/2015 2:15:39 PM
JEFFREY D. KYLE
CLERK

LAW OFFICE

# DAVIS, GERALD & CREMER

A PROFESSIONAL CORPORATION

111 CONGRESS AVE., SUITE 1660

AUSTIN, TEXAS 78701

RYAN CLINTON

TELEPHONE (512) 537-9938
FAX (512) 687-4755
EMAIL: rsclinton@dgclaw.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/13/2015 2:15:39 PM
JEFFREY D. KYLE
Clerk

August 13, 2015

**VIA EFSP**

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P. O. Box 12547
Austin, TX 78711-2547

>      Re:      No. 03-14-00774-CV; *Texas State Board of Veterinary Medical Examiners and Nicole Oria, in her Official Capacity as Executive Director v. Ellen Jefferson, D.V.M.*

Dear Mr. Kyle:

On Monday, August 10, 2015, the Texas Board of Veterinary Medical Examiners ("TBVME") and Nicole Oria, in her Official Capacity as Executive Director, filed a motion to abate Dr. Ellen Jefferson's appeal in this matter—but not the TBVME's own appeal in the same matter. In the alternative, the TBVME and Oria moved for additional time to file their Appellee's brief.

While Dr. Jefferson does not oppose the agency's alternative request for additional time to file its brief, Dr. Jefferson does oppose the agency's request to abate her appeal. As such, we write to inform the Court that Dr. Jefferson is preparing and will file an opposition to the TBVME's motion to abate her appeal.

In addition, because the agency's motion to abate Dr. Jefferson's appeal is frivolous, we anticipate requesting an award of attorneys' fees from the TBVME and its counsel for necessitating the preparation of a response to their motion.

>      Yours very truly,
>
>      */s/ Ryan Clinton*
>      Ryan Clinton
>      Counsel to Dr. Ellen Jefferson, DVM

RDC:jm

cc:    **Via EFSP**
David F. Brown
David P. Blanke
Ewell, Brown & Blanke, LLP
111 Congress Ave., 28th Floor
Austin, TX 78701

**Via EFSP**
Mr. Ted A. Ross
Office of the Attorney General
  of Texas
Administrative Law Division
P. O. Box 12548
Austin, TX 78711